## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:25CR235** |
| vs. | |
| MALIK D. BAHATI II, | **ORDER** |
| Defendant. | |

Before the Court is the request for transcript of hearing held on November 21, 2025,[1] by a non-party. *See* Filing No. 263.

IT IS ORDERED:

1. The request for transcript, Filing No. 263, is granted in part.

2. The requester is advised to contact Lisa Grimminger[2] to obtain a cost estimate required to obtain a copy of the transcript, Filing No. 262, if applicable.

---

[1] Upon review of the docket there were two hearings involving the above-captioned defendant on November 21, 2025. The Court will authorize the release of the transcript for the arraignment hearing as set forth herein. The transcript of the detention hearing, Filing No. 236, is currently sealed. If the requester wishes to obtain a copy of this transcript, a new request must be filed. Upon receipt, the Court will order the parties to review the transcript and provide redaction requests in accordance with 18 U.S.C. § 3509(d).

[2] The court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com

3. Upon receipt of the payment, Lisa Grimminger is directed to provide a copy of the transcript, Filing No. 262, of the arraignment hearing held on November 21, 2025.

4. The Clerk of the Court is directed to mail a copy of this order to the requester.

Dated this 4th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge